UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EZRA ALEM,<br><br>        Plaintiff,<br><br>   v.<br><br>WILLIAM TER-VEEN, et al.,<br><br>        Defendants. | Case No. C22-409RSM<br><br>ORDER TO SHOW CAUSE |

*Pro se* Plaintiff Ezra Alem has been granted leave to proceed *in forma pauperis* in this matter. Dkt. #5. The Complaint was posted on the docket on April 4, 2022. Dkt. #6. The Court immediately identified several deficiencies and directed Plaintiff to file an amended complaint. Dkt. #10. Plaintiff filed his Amended Complaint the next day. Dkt. #11. Summonses have not yet been issued.

The Court has reviewed this Amended Complaint. Plaintiff continues to bring this case against Snohomish Patrol Sergeant William Ter-veen, Snohomish County Prosecuting Attorney Constance M. Crawley, and Special Agent in Charge Donald M. Voiret. *Id.* at 2. He alleges the same violations of the Due Process Clause and False Claims Act, as well as police and prosecutorial misconduct. *Id.* Plaintiff has not added new citations to law or causes of action. What Plaintiff has done is expand on the background facts giving rise to his claims. The

ORDER TO SHOW CAUSE - 1

incident involving these Defendants clearly occurred in 2013. *Id.* at 8. He alleges that Sgt. Ter-Veen was dispatched to a Crisis Residential Center in Arlington. *Id.* He was then "detained for the alleged crime of an assault in the 4th degree against a civilian." *Id*. He pleads that he was the real victim in the altercation, and that Sgt. Ter-Veen threatened him to get down on the ground and that he was afraid he was going to get shot during the arrest. *Id.* He says that he was confused during the prosecution, did not think people would believe him, and that he "pleaded guilty before receiving a trial or the opportunity to know what happened." *Id*. at 9. He was then placed on the "Violent Person File" by Prosecutor Constance M. Crawley. *Id.* After this incident and prosecution, he has experience numerous other interactions with law enforcement, including the Seattle Police in 2019, at the Social Security Administration building in 2019, and an unknown off duty police officer at Bartell Drugs in 2020. *Id*. at 9–10. He believes that many of these incidents are due in part to him being placed on the "Violent Person File" or some other kind of FBI watch list. He seeks 10 million dollars. *Id*. at 4.

The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

Plaintiff's Amended Complaint appears to suffer from deficiencies that require dismissal. *See* 28 U.S.C. § 1915(e)(2)(B). It is devoid of sufficient citations to law to bring a cause of action against these Defendants for these claims. Even if Plaintiff were to cite to §1983 or another valid source of law, any such claim appears to be untimely given that eight years have passed since the encounter with these Defendants. It is not clear from the Complaint how *these* Defendants are legally responsible for the ongoing placement of Plaintiff

on a cautionary watchlist, or how placement on that list has proximately caused Plaintiff the alleged injuries.

In Response to this Order, Plaintiff must write a short and plain statement telling the Court (1) why his claims are timely, (2) how these Defendants are liable for his claims, and (3) why this case should not be dismissed as frivolous.  **This Response may not exceed six (6) pages**.  Plaintiff is not to file additional pages as attachments.  The Court will take no further action in this case until Plaintiff has submitted this Response.

Accordingly, the Court hereby finds and ORDERS that Plaintiff shall file a Response to this Order to Show Cause containing the detail above **no later than twenty-one (21) days from the date of this Order**.  Failure to file this Response will result in dismissal of this case.

DATED this 6th day of April, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE - 3