UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Ezra Alem

                                              ,

          v.

William Ter-Veen et al,

CASE NO. 22-CV-00409____
[to be filled in by Clerk's Office]

COMPLAINT AND REQUEST FOR
INJUNCTION-AMENDMENT

**I.     THE PARTIES TO THIS COMPLAINT**

A.      Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Ezra Alem |
| Street Address | 1001 East James Way |
| City and County | Seattle King |
| State and Zip Code | Washington 98122 |
| Telephone Number | (425) 517-9126 |

B.      The Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | William Ter-Veen |
| Job or Title *(if known)* | Patrol Sergeant |
| Street Address | 3000 Rockefeller Ave Ms#606 |
| City and County | Everett Snohomish |
| State and Zip Code | Washington 98201 |
| Telephone Number | (425) 388-3393 |

Defendant No. 2

| | |
|---|---|
| Name | Constance M. Crawley |
| Job or Title *(if known)* | Snohomish County Prosecuting Attorney |
| Street Address | 3000 Rockefeller Ave |
| City and County | Everett Snohomish |
| State and Zip Code | Washington 98201 |
| Telephone Number | (425) 388-3333 |

Defendant No. 3

| | |
|---|---|
| Name | Donald M. Voiret |
| Job or Title *(if known)* | Special Agent in Charge of Washington State |
| Street Address | 1110 3rd Ave |
| City and County | Seattle King |
| State and Zip Code | Washington 98201 |
| Telephone Number | (206) 622-0460 |

Defendant No. 4

      Name               _____

      Job or Title *(if known)*   _____

      Street Address       _____

      City and County     _____

      State and Zip Code   _____

      Telephone Number   _____

## II.      BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (*check all that apply*)

☒  Federal question         ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

14th amendment, 5th amendment; Due Process Clause, Abuse of Discretion, Police and Prosecutorial Misconduct.

_____

The Amount in Controversy

The amount in controversy – the amount the plaintiff claims the defendant owes or the amount at stake – is more than $75,000, not counting interest and costs of court, because (*explain*):

$10,000,000.00 _____

_____

_____

### III.    STATEMENT OF CLAIM

*Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the    facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.*

A.    Where did the events giving rise to your claim(s) occur?

United States of America _____

_____

_____

B.    What date and approximate time did the events giving rise to your claim(s) occur?

The year of 2022 _____

_____

_____

C.      What are the facts underlying your claim(s)? (*For example: what happened to you? Who did what? Was anyone else involved? Who else saw what happened?*)

Snohomish County deputy William Ter-Veen applied an application for a Violent Person File, as of 2022. The additional facts are unknown, which are being declined by the FBI of any information pertaining to the application and the acceptance, Constance M Crawley is under the application file and is part of the file. Donald M Voiret, is a member of the FBI within the Seattle Division that oversees the location of the Washington State and the unknown agent, that Donald is responsible for has accepted the application without giving me notice of the application, not allowing me to have a any due process, and continually places in me in an imminent danger.

_____

_____

## IV.     IRREPARABLE INJURY

*Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.*

The continuation of hardships of being placed on the NCIC database has a lifetime effect unless removed by the agency itself or from the order of an executive or discretionary act by the United States District to cease all actions of placing me in the NCIC data base. The continuation of the allegations and being placed without the ability to appeal and challenge the application will continue to harm me every moment that it is not resolved. As the US District of Virginia has concluded that these types of secretive listing without due process is both in violations of the Administrative Procedural Act and 14th amendment Due process Clause: Elhady, ET Al v. Charles H Kable, Et Al, NO. 1:16-CV-00375 HON. Anthony J. Trenga. My loss of enjoyment of being able to pursue my dreams and careers has been destroyed due to these allegations forever

## V.    RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

I am seeking a permanent injunction and cease all future actions of these frivolous claims of false threats, I am seeking financial compensation for punitive damages and exemplary damages based on the loss of employment prosperities, the damages of my character, and for previous persecutions made by other law enforcements, I am seeking a expungement of records of these false allegations due to the extreme circumstances that will potentially cause future, irreversible injuries within the country and outside of the USA. If I succeed in providing my innocence, I do hope to receive a protection of my name as the continuation of abuse of discretionary by other agencies have taken a toll in my life regardless of my innocence. I have developed extreme PTSD and difficulties of sleep, ability to relax, and enjoy my life without fearing of more invasion of my constitutional rights. I do seek additional support of PTSD trauma support within the compensation as this experience of emotional and physical distress is caused by the harm of multiple of agents so that I could regain my ability to enjoy my life as I once did.

## VI.    CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       04/20/2022

Signature of Plaintiff     S/ Ezra Alem

Printed Name of Plaintiff   Ezra Alem

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff